IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| RICARDO LEE JONES, | ) | CASE NO. 7:15CV00338 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| GEORGE HINKLE, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this action is **DISMISSED** without prejudice for failure to prosecute, see Fed. R. Civ. P. 41(b); defendants' motion (ECF No. 16) is **DISMISSED** without prejudice; and the action is stricken from the active docket of the court.

ENTER: This 30th day of December, 2015.

/s/ Glen E. Conrad
Chief United States District Judge